1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone:    (415) 983-0900
   Facsimile:    (415) 397-9005
5  matt@righettilaw.com
   john@righettilaw.com
6  mike@righettilaw.com

7  Attorneys for Plaintiff
   Keith Welday
8
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  RISHI N. SHARMA (Cal. State Bar No. 239034)
   PETER A. COOPER (Cal. State Bar No. 275300)
10 JULLIE Z. LAL (Cal. State Bar No. 279067)
   PAUL HASTINGS LLP
11 55 Second Street, 24th Floor
   San Francisco, California 94105-3441
12 Telephone:    (415) 856-7000
   Facsimile:    (415) 856-7100
13 jeffwohl@paulhastings.com
   rishisharma@paulhastings.com
14 petercooper@paulhastings.com
   jullielal@paulhastings.com
15
   Attorneys for Defendant
16 Rite Aid Corporation

17

18                    UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

20

21 KEITH WELDAY, an individual          | No. 2:13-CV-02439-JAM-EFB

22                                      | **STIPULATION TO STAY PROCEEDINGS**
                   Plaintiff,           | **PENDING PARALLEL LITIGATION**
23
                                        | Judge:       Hon. John A. Mendez
24         vs.

25 RITE AID CORPORATION, and DOES 1
   through 50, inclusive,
26
                   Defendants
27

28

1   Plaintiff Keith Welday and defendant Rite Aid Corporation ("Rite Aid"), acting through their respective counsel of record, hereby stipulate as follows:

1. On February 12, 2014, Rite Aid moved to stay this action pending the proceedings in in *Fenley et al. v. Rite Aid Corp.*, Santa Clara County Super. Ct., No. 1-12-CV-229127, a putative class action in which the plaintiffs allege that Rite Aid misclassified exempt Store Managers in California as exempt from the overtime pay and related requirements of California law. Rite Aid contends that, because plaintiff is a putative class member in *Fenley* and his claims are at issue in the state court, the Court here should stay these proceedings under the doctrine of abstention articulated in *Colorado River Water Conservation District v. United States*, 424 U.S. 800, 817 (1976). (*See* ECF 7.)

2. The court in *Fenley* is scheduled to hear the *Fenley* plaintiffs' class certification motion on May 2, 2014. *In lieu* of opposing Rite Aid's motion, plaintiff agrees to stay his claims for 90 days to await further developments in *Fenley*.

3. Accordingly, the parties respectfully request that the Court: (1) vacate the April 9, 2014, hearing on Rite Aid's motion to stay; (2) stay all proceedings in this action until June 1, 2014; and (3) order the parties to file a status report within 21 days after the expiration of the stay.

4. By entering into this stipulation, the parties waive no position that they have taken or could have taken with respect to the appropriateness of a further stay of this action.

Dated: March 25, 2014.  
MATTHEW RIGHETTI  
JOHN GLUGOSKI  
MICHAEL RIGHETTI  
RIGHETTI GLUGOSKI LLP

By:   /s/ Michael Righetti  
Michael Righetti  
Attorneys for Plaintiff Keith Welday

Dated: March 25, 2014.  
JEFFREY D. WOHL  
RISHI N. SHARMA  
PETER A. COOPER  
JULLIE Z. LAL  
PAUL HASTINGS LLP

By:   /s/ Rishi N. Sharma  
Rishi N. Sharma  
Attorneys for Defendant Rite Aid Corporation

LEGAL_US_W # 78160527.1

STIPULATION TO STAY FOR 90 DAYS  
U.S.D.C., E.D. Cal., No. 2:13-CV-02439 JAM EFB

1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone:    (415) 983-0900
   Facsimile:    (415) 397-9005
5  matt@righettilaw.com
   john@righettilaw.com
6  mike@righettilaw.com

7  Attorneys for Plaintiff
   Keith Welday
8
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  RISHI N. SHARMA (Cal. State Bar No. 239034)
   PETER A. COOPER (Cal. State Bar No. 275300)
10 JULLIE Z. LAL (Cal. State Bar No. 279067)
   PAUL HASTINGS LLP
11 55 Second Street, 24th Floor
   San Francisco, California 94105-3441
12 Telephone:    (415) 856-7000
   Facsimile:    (415) 856-7100
13 jeffwohl@paulhastings.com
   rishisharma@paulhastings.com
14 petercooper@paulhastings.com
   jullielal@paulhastings.com
15
   Attorneys for Defendant
16 Rite Aid Corporation

17

18                    UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

20

21 KEITH WELDAY, an individual        | No. 2:13-CV-02439-JAM-EFB

22                                    | **ORDER GRANTING STAY OF ALL PROCEEDINGS FOR 90 DAYS**
                Plaintiff,
23                                    | Judge:        Hon. John A. Mendez

24       vs.

25 RITE AID CORPORATION, and DOES 1
   through 50, inclusive,
26
                Defendants
27

28

LEGAL_US_W # 78160527.1

ORDER GRANTING STAY FOR 90 DAYS
U.S.D.C., E.D. Cal., No. 2:13-CV-02439 JAM EFB

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the April 9, 2014, hearing on the motion to stay this action pending *Fenley et al. v. Rite Aid Corp.*, Santa Clara County Super. Ct., No. 1-12-CV-229127 ("*Fenley*"), is VACATED.

IT IS FURTHER ORDERED that all proceedings in this action be and hereby are STAYED until June 1, 2014, pending resolution of the class certification motion in *Fenley*.

IT IS FURTHER ORDERED that the parties shall file an updated joint status report within 21 days after expiration of the stay imposed by this Order.

Dated:  March 26, 2014

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge