1  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
2  PETER A. COOPER (Cal. State Bar No. 275300)
   PAUL HASTINGS LLP
3  55 Second Street, 24th Floor
   San Francisco, California 94105
4  Telephone: (415) 856-7000
   Facsimile:  (415) 856-7100
5  jeffwohl@paulhastings.com
   rishisharma@paulhastings.com
6  petercooper@paulhastings.com

7  Attorneys for Defendant
   Rite Aid Corporation
8

9                     UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

12  KEITH WELDAY, an individual         No. 2:13-cv-02439-JAM-EFB

13          Plaintiff,                  [~~PROPOSED~~] ORDER

14      vs.                             Judge:    Hon. John A. Mendez

15  RITE AID CORPORATION, and DOES 1
    through 50, inclusive,
16
            Defendants.
17

In light of the parties' Joint Status Report re: Stay of Action Pending *Fenley* Litigation, and good cause appearing therefor,

IT IS ORDERED that 21 days after the date this Order is entered the parties must file a further joint status report regarding the status of *Derrick Fenley, Stacy Wolchow, and Steve Ton, individually and on behalf of all others similarly situated, Plaintiffs, vs. Rite Aid Corporation, and DOES 1 through 100, inclusive, Defendants*, Santa Clara County Super. Ct. No. 1-12-CV-229127.

Dated: June 23, 2014.

John A. Mendez
United States District Judge