1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI GLUGOSKI LLP
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile:  (415) 397-9005
5  matt@righettilaw.com
   john@righettilaw.com
6  mike@righettilaw.com

7  Attorneys for Plaintiff
   Keith Welday

8

9  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
10 PETER A. COOPER (Cal. State Bar No. 275300)
   PAUL HASTINGS LLP
11 55 Second Street, 24th Floor
   San Francisco, California 94105
12 Telephone: (415) 856-7000
   Facsimile:  (415) 856-7100
13 jeffwohl@paulhastings.com
   rishisharma@paulhastings.com
14 petercooper@paulhastings.com

15 Attorneys for Defendant
   Rite Aid Corporation

16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  KEITH WELDAY, an individual | No. 2:13-cv-02439-JAM-EFB |
| 21          Plaintiff, | **ORDER** |
| 22      vs. | Judge:    Hon. John A. Mendez |
| 23  RITE AID CORPORATION, and DOES 1 through 50, inclusive, | |
| 24          Defendants. | |

25

26

27

28

LEGAL_US_W # 79239946.2

ORDER
U.S.D.C., E.D. Cal., No. 2:13-cv-02439-JAM-EFB

In light of the parties' Joint Status Report re: Stay of Action Pending *Fenley* Litigation, and good cause appearing therefor,

IT IS ORDERED that the parties are directed to file within 21 days of this order a supplemental joint status report that includes a Rule 26(f), Federal Rules of Civil Procedure, discovery plan and a proposed case management schedule.

Dated:  July 21, 2014.

/s/ John A. Mendez
John A. Mendez
United States District Judge