1   MATTHEW RIGHETTI (Cal. State Bar No. 121012)
    JOHN GLUGOSKI (Cal. State Bar No 191551)
2   MICHAEL RIGHETTI (Cal. State Bar No. 258541)
    RIGHETTI GLUGOSKI, P.C.
3   456 Montgomery Street, Suite 1400
    San Francisco, California  94104
4   Telephone: (415) 983-0900
    Facsimile: (415) 397-9005
5   mike@righettilaw.com

6   Attorney for Plaintiff
    Keith Welday

7
    JEFFREY D. WOHL (Cal. State Bar No. 096838)
8   GINA GUARIENTI COOK (Cal. State Bar No. 245611)
    ELIZABETH A. DORSI (Cal. State Bar No. 282285)
9   PAUL HASTINGS LLP
    55 Second Street, 24th Floor
10  San Francisco, California  94105-3441
    Telephone:  (415) 856-7000
11  Facsimile:  (415) 856-7100
    jeffwohl@paulhastings.com
12  ginacook@paulhasting.com
    elizabethdorsi@paulhastings.com

13  Attorneys for Defendant
    Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WELDAY, | No. 2:13-cv-02439-JAM-EFB |
| Plaintiff, | **ORDER ON STIPULATED PROTECTIVE ORDER** |
| vs. | |
| RITE AID CORPORATION, | Judge:   Hon. John A. Mendez |
| Defendant. | |

Pursuant to Stipulation, it is so Ordered that the Parties are bound by the Stipulated Protective Order.

Dated: February 5, 2016.

                                          /s/ John A. Mendez
                                        United States District Judge
                                              John A. Mendez