1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5
   Attorneys for Plaintiff
6  Keith Welday

7  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JULLIE Z. LAL (Cal. State Bar No. 279067)
8  PAUL HASTINGS LLP
   101 California Street, 48th Floor
9  San Francisco, California 94111
   Telephone:   (415) 856-7000
10 Facsimile:    (415) 856-7100
   jeffwohl@paulhastings.com
11 jullielal@paullhastings.com

12 Attorneys for Defendant
   Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WELDAY, an individual, | No. 2:13-CV-02439-JAM-EFB |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | Judge: Hon. John A. Mendez<br>Dept.: 6, 14th Floor |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | Complaint Filed: September 27, 2013<br>Trial Date: July 9, 2018 |
| Defendants. | |

Plaintiff Keith Welday and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: June 21, 2018.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ Michael Righetti
　　　Michael Righetti
　　Attorneys for Plaintiff
　　　Keith Welday

Dated: June 21, 2018.

JEFFREY D. WOHL
JULLIE Z. LAL
PAUL HASTINGS LLP

By: /s/ Jullie Z. Lal
　　　Jullie Z. Lal
　　Attorneys for Defendant
　　Rite Aid Corporation

LEGAL_US_W # 94468067.1

1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5
   Attorneys for Plaintiff
6  Keith Welday

7  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JULLIE Z. LAL (Cal. State Bar No. 279067)
8  PAUL HASTINGS LLP
   101 California Street, 48th Floor
9  San Francisco, California 94111
   Telephone:   (415) 856-7000
10 Facsimile:   (415) 856-7100
   jeffwohl@paulhastings.com
11 jullielal@paullhastings.com

12 Attorneys for Defendant
   Rite Aid Corporation
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WELDAY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:13-CV-02439-JAM-EFB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Hon. John A. Mendez<br>Dept.: 6, 14th Floor<br><br>Complaint Filed: September 27, 2013<br>Trial Date: July 9, 2018 |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: 6/21/2018  /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Judge